UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Clema B-G.,[1] | Case No. 23-CV-03759 (JMB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Michelle King, *Acting Commissioner of Social Security*, | |
| Defendant. | |

---

Bryan Konoski, Konoski & Partners, P.C., East Brunswick, NJ, for Plaintiff Clema B-G.

Ana H. Voss, United States Attorney's Office, Minneapolis, MN, and James D. Sides and Sophie Doroba, Social Security Administration, Baltimore, MD, for Defendant Michelle King.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Tony N. Leung dated January 31, 2025, which recommends denying Plaintiff Clema B-G.'s appeal of the Commissioner of Social Security Michelle King's (the Commissioner's) denial of her application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. § 401. (Doc. No. 12.) Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

---

[1] This District has adopted the policy of using only the first name and last initial of any nongovernmental party in Social Security orders.

1

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The R&R (Doc. No. 12) is ADOPTED;

2. Plaintiff's request for relief (Doc. No. 9) is DENIED;

3. The Commissioner's request for relief (Doc. No. 10) is GRANTED; and

4. The denial of benefits is AFFIRMED; and

5. The matter is DISMISSED with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 20, 2025          /s/ *Jeffrey M. Bryan*
                                  Judge Jeffrey M. Bryan
                                  United States District Court